```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 18657
   PAMELA KATHLEEN NECAS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-9916

------------------------------------------------------------------------
           TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 05/10/2005 and was confirmed 06/27/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  39.24% from remaining funds.

     The case was paid in full 02/07/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------
EVERHOME MORTGAGE COMPAN CURRENT MORTG        .00             .00            .00
CAPITAL ONE  SERVICES    UNSECURED       NOT FILED            .00            .00
CAPITAL ONE  SERVICES    UNSECURED       NOT FILED            .00            .00
CAPITAL ONE  SERVICES    UNSECURED       NOT FILED            .00            .00
CAPITAL ONE  SERVICES    UNSECURED       NOT FILED            .00            .00
CARSON PIRIE SCOTT       UNSECURED       NOT FILED            .00            .00
CHASE MANHATTAN BANK     UNSECURED       NOT FILED            .00            .00
RESURGENT ACQUISITION LL UNSECURED OTH      317.30            .00         124.54
HOME DEPOT               UNSECURED       NOT FILED            .00            .00
HOUSEHOLD BANK           UNSECURED       NOT FILED            .00            .00
GREAT SENECA             UNSECURED         6717.18            .00        2636.02
WOLPOFF & ABRAMSON LLP   NOTICE ONLY     NOT FILED            .00            .00
HOUSEHOLD RETAIL SERVICE UNSECURED       NOT FILED            .00            .00
JC PENNEY                UNSECURED       NOT FILED            .00            .00
RESURGENT ACQUISITION LL UNSECURED         5232.45            .00        2053.37
EVERHOME MORTGAGE COMPAN MORTGAGE ARRE     4391.19            .00        4391.19
PETER FRANCIS GERACI     DEBTOR ATTY      2,700.00                      2,700.00
TOM VAUGHN               TRUSTEE                                          694.89
DEBTOR REFUND            REFUND                                           654.99

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             13,255.00

PRIORITY                                        .00
SECURED                                    4,391.19
UNSECURED                                  4,813.93
ADMINISTRATIVE                             2,700.00
TRUSTEE COMPENSATION                         694.89
DEBTOR REFUND                                654.99

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 18657 PAMELA KATHLEEN NECAS
```

```
                                      ---------------      ---------------
TOTALS                                      13,255.00            13,255.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 05/27/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```